## J. W. WALLING v. THE STATE.

### No. 6431. Decided December 21, 1921.

**Embezzlement—Final Judgment—Practice on Appeal.**

In the absence of a final judgment in the record, the appeal must be dismissed. Following McCuin v. State, 86 Texas Crim. Rep., 497, and other cases.

Appeal from the Criminal District Court of Dallas. Tried below before the Honorable Robert B. Seay.

Appeal from a misdemeanor conviction of embezzlement; penalty, a fine of $100 and ten days in the county jail.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Appeal is from a misdemeanor conviction for embezzlement. The punishment assessed was by fine of $100 and ten days confinement in the county jail.

Our Assistant Attorney General suggests that the appeal should be dismissed because no final judgment is shown in the record. The verdict of the jury appears, but if judgment was ever entered thereon the record fails to show it. See Article 853, Vernon's C. C. P.; Mirelles v. State, 13 Texas Crim. App., 346; Pennington v. State, 11 Texas Crim. App., 281; Foster v. State, 64 Texas Crim. Rep., 531; McCuin v. State, 86 Texas Crim. Rep., 497, 217 S. W. Rep., 1038.

The appeal is therefore ordered dismissed.

*Dismissed.*